McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SETURNINO VARGAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:06-cv-01148-LJO-SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 11 days to respond to Plaintiff's motion for summary judgment. Due to an inadvertent scheduling error, counsel for Defendant needs additional time to respond to Plaintiff's brief. The current due date was June 4, 2007. The new due date will be June 15, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should therefore be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                    Respectfully submitted,

                    */s/ Gina Fazio*

Dated June 7, 2007,

                    Gina Fazio
                    (as authorized via telephone)
                    Attorney at Law

                    Attorney for Plaintiff

Dated June 7, 2007,          McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

               By:            */s/ Elizabeth Firer*

                        Elizabeth Firer
                        Special Assistant U.S. Attorney

                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  6/7/2007          /s/ Sandra M. Snyder
                                  Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE