UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SETURNINO VARGAS,              ) 1:06-cv-001148-LJO-SMS
                               )
            Plaintiff,         ) ORDER ADOPTING FINDINGS AND
     v.                        ) RECOMMENDATION RE: PLAINTIFF'S
                               ) SOCIAL SECURITY COMPLAINT (Docs.
MICHAEL J. ASTRUE,             ) 1, 26)
Commissioner of Social         )
Security,                      ) ORDER DIRECTING THE CLERK TO
                               ) ENTER JUDGMENT FOR DEFENDANT
            Defendant.         ) MICHAEL J. ASTRUE AND AGAINST
                               ) PLAINTIFF SETURNINO VARGAS
_____)
```

Plaintiff Seturnino Vargas is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for Social Security benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On February 6, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Michael J. Astrue and against Plaintiff. The findings and recommendation were served on all parties on February 6, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of

1

1  the date of service of the order. No party filed any objections.
2      In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
4  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
5  review of the case. Having carefully reviewed the entire file,
6  the Court finds that the findings and recommendation are
7  supported by the record and proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1. The findings and recommendation filed February 6, 2008,
10 are ADOPTED IN FULL; and
11     2. The Plaintiff's social security complaint IS DENIED; and
12     3. The Clerk of Court IS DIRECTED to enter judgment for
13 Defendant Michael J. Astrue and against Plaintiff Seturnino
14 Vargas and to close this action.
15     IT IS SO ORDERED.
16 **Dated:    March 11, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE